COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:        Kevin Washington v. The State of Texas

Appellate case number:      01-11-00615-CR

Trial court case number:     1235382

Trial court:                  177th District Court of Harris County

Photospreads (State's Exhibits 45, 50 and 52), and photos (State's Exhibits 53 and 54) were admitted into evidence at trial in the above case. This Court, acting *sua sponte,* orders the Harris County District Clerk, or the court reporter if the exhibit is still in his or her possession, to send the original State's Exhibits 45, 50, 52, 53 and 54 to this Court. The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibits. *See* TEX. R. APP P. 34.6(G)(2).

The exhibit is due in this Court no later than March 15, 2013.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown_____

               ☑ Acting individually      ☐ Acting for the Court

Date: March 5, 2013_____